UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EARL D. SHOBE, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:12-CV-2108-JAR |
| ) | |
| JEFF NORMAN, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's Request for More Time. [ECF No. 10] On November 9, 2012, Petitioner filed his Petition for Writ of Habeas Corpus. (Doc. No. 1) The Court entered a Case Management Order on November 20, 2012, ordering Respondent to show cause, in writing and within forty-five (45) days, why the relief requested in the petition should not be granted. (Doc. No. 6) The Court further ordered Petitioner to file any reply within sixty (60) days of the date the answer to the petition was filed. (Id.) Respondent filed his Response to Order to Show Cause on December 17, 2012. (Doc. No. 9) Thus, Petitioner's reply is due no later than February 17, 2013. Although Petitioner filed his request for more time on January 2, 2013, he does not provide the Court with an explanation for his need for additional time or how much additional time he needs. The Court will, therefore, deny Petitioner's request and grant him leave to refile.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Request for More Time [10] is **DENIED** without prejudice**.**

**IT IS FURTHER ORDERED** that Petitioner is granted leave to refile his request with

an explanation for his need for additional time and how much additional time he needs.


Dated this 3rd day of January, 2013.

                                            _____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE